IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SULYAMAN AL ISLAM WASALAAM,      )
                                 )
          Plaintiff,             )
                                 )
     v.                          )         1:17CV697
                                 )
KIMBERLEY CORNELIUS, et al.,     )
                                 )
          Defendants.            )
```

**ORDER**

This matter is before this court for review of the Recommendation filed on August 10, 2017, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 3.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief may be granted. The Recommendation was served on the parties to this action on August 10, 2017. (Doc. 4.) Plaintiff made a timely filing, which, out of an abundance of caution, the court construes as an objection to the Recommendation. (Doc. 5.)[1]

---

[1] The filing states that "[Plaintiff] will accept Judges Magistrate Report and Recommendation under return balance due - over charge $34." (Doc. 5 at 2 (all-cap font omitted).)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Doc. 3) is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief may be granted. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 11th day of September, 2017.

/s/ William L. Osteen, Jr.
_____
United States District Judge